**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00422-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

EMMITT JAMES COMPITO,

    Applicant,

v.

FRANCIS FALK,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  Upon review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) xx is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form (must use the court's current form)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application

(10) ___   other: <u>motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) ___   is not on proper form (must use the Court's current 28 U.S.C. § 2254 form for challenging validity of conviction and sentence)
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this Order must include the civil action number on this order. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED February 20, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge