IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00422-BNB

EMMIT JAMES COMPITO,

    Applicant,

v.

FRANCES FALK, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondent.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus filed Pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty days from the date of this Order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Case No. 03CR2941, including all documents in the state court file.  The Court, in particular, is interested in documents filed from December 12, 2007, through September 27, 2013.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following:

    (1)    Clerk of the Court
            El Paso County District Court
            P.O. Box 2980
            Colorado Springs, Colorado 80901-2980; and

(2)     Court Services Manager
        State Court Administrator's Office
        1300 Broadway
        Denver, Colorado  80203.

DATED July 11, 2014, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge