IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00422-BNB

EMMIT JAMES COMPITO,

    Applicant,

v.

FRANCES FALK, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

SECOND ORDER FOR STATE COURT RECORD

---

On July 11, 2014, Respondents were ordered to file within thirty days the state court record in Case No. 03CR2941.  Respondents have failed either to submit the requested record or to communicate with the Court why they are unable to do so.  Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Respondents shall file with the Clerk of the Court, in electronic format if available, the records requested in the July 11, 2014 Order.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following for assistance in facilitating the provision of the needed state court record:

    (1)    Clerk of the Court
            El Paso County District Court
            P.O. Box 2980
            Colorado Springs, Colorado 80901-2980; and

 (2)  Court Services Manager
    State Court Administrator's Office
    1300 Broadway
    Denver, Colorado  80203

DATED August 18, 2014, at Denver, Colorado.

            BY THE COURT:

             s/ Boyd N. Boland
            United States Magistrate Judge